[No. 8226-1-III.   Division Three.   June 23, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. NORMAN O.
DIXON, *Appellant.*

Appeal from a judgment of the Superior Court for Walla
Walla County, No. 86-1-00182-1, James B. Mitchell, J.,
entered October 24, 1986. *Affirmed* by unpublished opinion
per Thompson, A.C.J., concurred in by Green and Munson,
JJ.

[No. 8830-8-III.   Division Three.   June 23, 1988.]

THOMAS D. KLEMENS, *Appellant,* v. THE ASSOCIATION OF
OWNERS OF EDELWEISS CHALET CONDOMINIUM,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Kitti-
tas County, No. 86-2-00010-3, Jo Anne Alumbaugh, J.,
entered November 17, 1986. *Affirmed* by unpublished opin-
ion per McInturff, C.J., concurred in by Green and Thomp-
son, JJ.

[No. 8464-7-III.   Division Three.   June 23, 1988.]

THE DOLSEN LEASING COMPANY, *Respondent,* v. JIMMY
COPELAND, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for
Yakima County, No. 86-2-00173-4, F. James Gavin, J.,
entered January 16, 1987. *Vacated* and *remanded* by
unpublished opinion per McInturff, C.J., concurred in by
Munson and Thompson, JJ.